**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02630-ZLW

LOUIE REAVES, JR.,

    Plaintiff,

v.

MAYOR JOHN W. HICKENLOOPER, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Cure Deficiencies" (Doc. #17) filed on September 7, 2011, is DENIED because this action was dismissed by order filed on December 8, 2010, and Plaintiff presents no argument that would justify reconsidering that order.

Dated:  September 8, 2011